Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.



JUN 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Cesar Ricardo Lopez-Reyes<br>USMS# _____<br>PLAINTIFF / DEFENDANT | CASE NUMBER: 8:22-MJ-00466-DUTY<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/28/2022 at _____ ☐ AM ☐ PM
   or
   The defendant was arrested in the Southern District of California on 6/28/22 at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   21 USC 841

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: English

7. Year of Birth: 2001

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty

10. Remarks (if any): _____

11. Name: ~~Samuel Maze~~ Justin Ebby (please print)

12. Office Phone Number: 217-299-1956

13. Agency: FBI

14. Signature: _____

15. Date: 06/28/2022

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION